# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Shawndell Givens**
    Plaintiff
  vs.                                    CASE NUMBER: 5:14-CV-1332 (DNH/TWD)

**Commissioner of Social Security**
    Defendant

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case be remanded to the Commissioner for further proceedings, including giving the claimant an opportunity for a new hearing and issuing a new decision, pursuant to the fourth sentence of 42 U.S.C. 405 (g) and the Court having reviewed the record in this matter.

All of the above pursuant to the order of the Honorable Judge David N. Hurd, dated the 29th day of June, 2015.

_(signature)_
Clerk of Court

                                                  s/ Helen M. Reese
                                                Helen M. Reese
                                                Deputy Clerk